UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYLES L. WATSON, | No. C 07-4451 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| D. K. SISTO; et al., | |
| Defendants. | |

Nyles L. Watson filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the California State Prison - Solano, in Vacaville, California. Vacaville is in Solano County, within the venue of the Eastern District of California. The defendants, all of whom allegedly are employed at that prison, also apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 4, 2007

SUSAN ILLSTON
United States District Judge